IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUDY SCHEIDEMANTLE,** | : | Civil Action No. 04-0331 |
| Plaintiff, | : | Hon. Donetta Ambrose |
| vs. | : | |
| **SLIPPERY ROCK UNIVERSITY, STATE SYSTEM OF HIGHER EDUCATION,** | : | Electronically Filed |
| Defendant. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, come Plaintiff, Judy Scheidemantle, by and through her undersigned counsel, Neal A. Sanders, Esquire, and Dirk D. Beuth, Esquire, and Defendant Slippery Rock University, State System of Higher Education, by and through its undersigned counsel, Tracey A. Wilson, Deputy Attorney General, and file this Stipulation of Dismissal With Prejudice in the above-captioned case.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiff that Defendant be dismissed from this case with prejudice.

Respectfully submitted,

| | |
|---|---|
| OFFICE OF ATTORNEY GENERAL | LAW OFFICES OF NEAL A. SANDERS |
| /s/Tracey A. Wilson | /s/Neal A. Sanders |
| Tracey A. Wilson | Neal A. Sanders, Esquire |
| PA ID NO. 64350 | PA ID NO. 54618 |
| Deputy Attorney General | Dirk D. Beuth, Esquire |
| 6th Floor, Manor Complex | PA ID NO. 76036 |
| 564 Forbes Avenue | 1924 North Main Street Ext. |
| Pittsburgh, PA 15219 | Butler, PA 16001 |
| (412) 880-0464 | (724) 282-7771 |
| | |
| Counsel for Defendant | Counsel for Plaintiff |
| | |
| Dated: May 22, 2007 | Dated: May 22, 2007 |

5-22-07
Approved
Donetta W. Ambrose