## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA__

| | | |
|---|---|---|
| JUDY SCHEIDEMANTLE, | : | Civil Action No. 04-0331 |
| | : | |
| Plaintiff, | : | Hon. Donetta Ambrose |
| | : | |
| vs. | : | |
| | : | |
| SLIPPERY ROCK UNIVERSITY, | : | Electronically Filed |
| STATE SYSTEM OF HIGHER | : | |
| EDUCATION, | : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, come Plaintiff, Judy Scheidemantle, by and through her undersigned counsel, Neal A. Sanders, Esquire, and Dirk D. Beuth, Esquire, and Defendant Slippery Rock University, State System of Higher Education, by and through its undersigned counsel, Tracey A. Wilson, Deputy Attorney General, and file this Stipulation of Dismissal With Prejudice in the above-captioned case.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiff that Defendant be dismissed from this case with prejudice.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL

/s/Tracey A. Wilson_____
Tracey A. Wilson
PA ID NO. 64350
Deputy Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
(412) 880-0464

Counsel for Defendant

Dated: May 22, 2007

LAW OFFICES OF NEAL A. SANDERS

/s/Neal A. Sanders_____
Neal A. Sanders, Esquire
PA ID NO. 54618
Dirk D. Beuth, Esquire
PA ID NO. 76036
1924 North Main Street Ext.
Butler, PA 16001
(724) 282-7771

Counsel for Plaintiff

Dated: May 22, 2007

*5-22-07*

*Approved*

*Donetta F. Ambrose*